UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.  Case No. 3:21MJ1072_____(RMS)

SHAVARIUS SMITH

### Affidavit in Support of Criminal Complaint

I, Christopher L. Rettig, being duly sworn, state:

### Introduction

1. I am a Special Agent employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). As such, I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code; that is, an officer empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Section 2516 of Title 18. I have been employed by ATF as a Special Agent since November of 2017. Previously, I worked as an Anti-Money Laundering Investigator at Santander Bank in Boston, Massachusetts. I graduated from Northeastern University, Magna Cum Laude in May 2015 with my Bachelors of Science Degree in Criminal Justice. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program, both of which are conducted at the Federal Law Enforcement Training Center in Glynn County, Georgia.

2. I have received specialized training in firearms identification and the investigation of firearms-related offenses. I have participated in investigations involving the unlawful possession of firearms by prohibited persons, including persons who are previously convicted felons; the possession of firearms in furtherance of the distribution of narcotics; and the use of firearms in the commission of violent acts. I have participated in investigations involving

individuals who unlawfully possess firearms. I have provided testimony in Grand Jury proceedings and spoke with informants and subjects, as well as local and federal law enforcement officers, regarding the manner in which individuals obtain, finance, store, manufacture, transport, and distribute their illegal firearms and drugs. I have received training, both formal and on-the-job, in the provisions of the federal firearms and narcotics laws administered under Titles 18, 21 and 26 of the United States Code.

3. I have participated in this investigation and, as a result of my participation and information received from other law enforcement officers, I am thoroughly familiar with the circumstances of the investigation and the information set forth in this affidavit. The statements contained in this affidavit are based on: (1) my personal participation in the investigation; (2) information provided to me by Special Agents and Task Force Officers of the ATF and members of the New Haven Police Department, and (3) my experience and training. Unless otherwise indicated, all conversations and statements described in this affidavit are related in substance and part. This affidavit is intended to show merely that there is probable cause for the commission of the alleged offenses and does not set forth all of my knowledge about this matter.

4. I submit this affidavit in support of a criminal complaint for Shavarius SMITH (b. 2000) for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of Ammunition) and 21 U.S.C. § 841 (Possession with Intent to Distribute Controlled Substances).

**Probable Cause**

5. The ATF and New Haven Police Department (NHPD) are currently investigating Shavarius SMITH (b. 2000) for firearms and narcotics related offenses.

October 8th, 2021 New Haven Police Department Arrest

6. On Friday, October 8, 2021 at approximately 11:15 PM, NHPD Lieutenant Fumiatti observed a group of males potentially trespassing in between the two buildings of the

Mill River Crossing apartment complex located at 657 Grand Avenue, New Haven, CT. Lieutenant Fumiatti had previously received numerous complaints for the Mill River Crossing regarding individuals loitering, drug sales, and gunfire in the area. There was also a standing "no trespass" order in the Mill River Complex.

7. In response to Lieutenant Fumiatti's observations, NHPD officers responded to 657 Grand Avenue and approached a group of males who were drinking alcohol and listening to music in close proximity to a silver Volkswagen Jetta with dark tinted windows, bearing GA registration RYE2674. One of the males was identified as SMITH.

8. Detective Sanchez noticed the silver Jetta's engine was running, so he shined his flashlight into the windows to see if there were any occupants in the vehicle. He immediately observed a black pistol equipped with a high-capacity magazine on the floorboard of the driver's side. A registration check of the silver Jetta revealed it was a rental car that had been reported stolen to the Westport Police Department. The firearm was later identified as a black 9-millimeter caliber pistol with no serial number, containing 1 round of ammunition in the chamber and a 31-round high-capacity magazine loaded with 20 rounds of ammunition.

9. Officers then searched the silver Jetta and located seven small bags of a substance that field tested positive for crack cocaine, 125 small bags of a substance that field tested positive for heroin, Connecticut Department of Correction paperwork in the name of SMITH, a rental agreement for the Jetta, a Connecticut Adult Probation business card for Probation Officer John Watts, and $111.00 in U.S. Currency. Based on the amount of suspected heroin and crack cocaine, and the manner in which the drugs were packaged, I believe that those drugs were intended for sale, and not for personal use.

10. Officers reviewed surveillance footage which captured the parking lot where the Jetta was parked. The surveillance footage captured the Jetta pull into the rear parking lot of 657 Grand Avenue at approximately 11:06 PM and reverse into the parking space. A dark figure can be seen exiting the front driver seat and walk out of frame, but the camera quality was not clear enough to make an identification. However, the footage only captures what appears to be one individual exiting the Jetta.

11. NHPD Sergeant Cameron contacted State of Connecticut Probation Officer Marano who confirmed SMITH's probation officer was John Watts and that he was being monitored by a GPS ankle monitor as a condition of his probation. The movement report of SMITH's GPS tracking showed he left 1126 Dixwell Avenue, Hamden, CT at approximately 10:49 PM and arrived at 173 Franklin Street, New Haven, CT at approximately 11:07 PM. It should be noted that 173 Franklin Street is the address of the rear parking lot of 657 Grand Avenue. This timing was consistent with the surveillance video which showed the Jetta arriving at 657 Grand Avenue at 11:06 PM. SMITH was subsequently placed under arrest for firearm and narcotics charges.

12. SMITH's arrest was captured on numerous officers' body cameras. In the videos, SMITH can be seen wearing a black hat, what appears to be a black zip-up sweatshirt, black pants, and red shoes. A screen shot of one of the videos appears below:



Video Surveillance from 330 Blake Street, New Haven, CT

13. On October 19, 2021, ATF Special Agent Rettig and ATF Special Agent Fuller obtained video surveillance from the apartment building located at 330 Blake Street, New Haven, CT. According to SMITH's GPS movement report for October 8, 2021, SMITH's GPS was located at 330 Blake Street, New Haven, CT at approximately 9:44 PM. Investigators reviewed surveillance video footage from October 8, 2021, and at approximately 9:41 PM observed a silver sedan vehicle matching the description of the silver Volkswagen Jetta with dark tinted windows associated with SMITH's arrest on October 8, 2021, back into a parking spot in the rear parking lot of 330 Blake Street. Minutes later, at approximately 9:44 PM, a male

5

matching the description of SMITH in both stature and clothing is observed shutting the front driver door of the silver sedan and entering the 330 Blake Street apartment building. It should be noted that the male in the surveillance video is wearing a black hat, what appears to be a black zip-up sweatshirt, a black shirt, black pants, and red shoes. It should also be noted that the male appears to lock the vehicle as he is walking away from the vehicle. A still of the surveillance video appears below



14.     At approximately 9:48 PM, the same male is observed exiting the rear of 330 Blake Street and approaches the silver sedan. At approximately 10:06 PM, the male is observed getting into the driver side of the vehicle. At approximately 10:18 PM, the vehicle is observed driving towards the exit of the rear parking lot. According to SMITH's GPS Movement Report, SMITH's GPS left 330 Blake Street at approximately 10:19 PM.

Video Surveillance from La Quinta 400 Sargent Drive, New Haven, CT

15. According to SMITH's GPS Movement Report, on October 8, 2021, SMITH was at 400 Sargent Drive, New Haven, CT 06511 (La Quinta Inn) at approximately 2:52 AM. Special Agent Rettig and Special Agent Fuller met with La Quinta Inn Managers and reviewed video surveillance. Investigators observed a silver sedan vehicle matching the description of the Jetta associated with SMITH's arrest later on October 8, 2021, driving around the exterior of the building at approximately 2:50 AM. Investigators also observed interior video surveillance footage which depicted SMITH entering the La Quinta Inn at approximately 2:55 AM. Two stills appear below:





Interstate Nexus

16. On October 25, 2021, ATF Special Agent Brackett, an Interstate Nexus Expert, examined four rounds of ammunition for interstate nexus purposes. The ammunition was recovered from within the firearm seized by the New Haven Police Department on October 8, 2021. It is the opinion of Special Agent Brackett that the ammunition was manufactured by Cascade Cartridges Inc. (CCI/Speer), located in Idaho.

SMITH's Criminal History

17. I reviewed criminal history records for SMITH which revealed that he has been convicted of two felony charges in the State of Connecticut. SMITH's felony convictions include the following:

a. On November 14, 2018, SMITH was convicted of second-degree Larceny, a felony, in violation of Connecticut General Statutes 53a-123.

b. On November 14, 2018, SMITH was convicted of possession with intent of a narcotic substance, a felony, in violation of Connecticut General Statues 21a-278(b).

SMITH was sentenced to a total effective sentence of five years, execution suspended after two years, and three years of probation. On May 28, 2021, SMITH was convicted of possession of a controlled substance and found in violation of his probation and ultimately sentenced to a total effective sentence three years, execution suspended after one year, and three years of probation. He was released from Department of Correction custody and began his term of probation on September 2, 2021.

18. According to Connecticut Department of Correction information, SMITH has been designated as a Blood gang member.

## Conclusion

19. Based on the foregoing, there is probable cause to believe that Shavarius Smith violated 18 U.S.C. 922(g)(1) (Felon in Possession of Ammunition) and 21 U.S.C. § 841(a)(1) and (b)(1)(C) (Possession with Intent to Distribute Controlled Substances).

CHRISTOPHER RETTIG
Digitally signed by CHRISTOPHER RETTIG
Date: 2021.10.26 16:21:51 -04'00'

CHRISTOPHER L. RETTIG
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and sworn before me by telephone on October 26, 2021, in New Haven, Connecticut.

Robert M. Spector
Digitally signed by Robert M. Spector
Date: 2021.10.26 16:39:10 -04'00'

HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE